UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:08CR125

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| CHARLES RAYNARD WRIGHT, | ) ) | |
| Defendant. | ) ) | |

UPON MOTION OF THE DEFENDANT CHARLES RAYNARD WRIGHT (Doc. No. 44), with the consent of the UNITED STATES OF AMERICA, and pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015), the Court hereby ORDERS that Defendant's sentence and term of commitment to the United States Bureau of Prisons is REDUCED to time served plus ten (10) days.

All other terms and condition of the Defendant's sentence remain unchanged.

The Clerk of Court is directed to certify a copy of this ORDER to both the United States Bureau of Prisons and the United States Marshal for the Western District of North Carolina.

IT IS SO ORDERED.

Signed: October 14, 2016

Frank D. Whitney
Chief United States District Judge