UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:08-Cr-125

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| CHARLES RAYNARD WRIGHT | ) | |
| Defendant. | ) | |

THE UNITED STATES OF AMERICA and DEFENDANT CHARLES RAYNARD WRIGHT, pursuant to Rules 35 and 36 of the Federal Rules of Criminal Procedure, jointly move the Court to correct and reduce the Defendant's term of supervised release from five (5) years to three (3) years. For good cause shown, the Court hereby GRANTS the motion, and the Defendant's supervised release is reduced to three (3) years.

All other terms and condition of the Defendant's sentence remain unchanged.

The Clerk of Court is directed to certify a copy of this ORDER to the United States Probation Office for the Western District of North Carolina.

IT IS SO ORDERED.

Signed: December 19, 2016

Frank D. Whitney
Chief United States District Judge