

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 8/6/2018

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Bonney Price
United States Probation Officer

**Subject:** **Wright, Charles**
Dkt. No. 3:08-CR-00125-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 06/14/2010, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Felon Armed Career Criminal. He was ordered to serve 180 months' imprisonment, followed by five (5) years of supervised release. His term of supervised release commenced on 10/24/2016. The following property was seized from the defendant during his supervision term: 1) A Cell Phone; Samsung 2) A Cell Phone; LG. These items were seized from the defendant's person during arrest on 10/04/2017. His term of supervised release was revoked on 12/13/2017, and he was ordered to serve 14 months' imprisonment, followed by one (1) year of supervised release. The probation office neglected to make a request destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7680, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____      8/6/18
Signature of Judicial Officer                         Date